USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-710 (SHS)

    -v- :

    ORDER

HAI JIAO DAI and XIN HUI ZHOU, :

    Defendants. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the fact hearing on defendant Dai's motion to suppress certain statements shall commence at 10:30 a.m. on Monday, March 2. The government should be prepared to call witnesses, if any, at that time. The fact hearing shall be followed by argument on defendant Zhou's *Bruton* motion.

Dated: New York, New York
       February 19, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.