

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2020

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Hai Jiao Dai and Xin Hui Zhou*, 19 CR 710 (SHS)

Dear Judge Stein,

The Government writes respectfully in advance of the evidentiary hearing and conference set for Monday, March 2, 2020 at 9:30 AM and 11:00 AM, respectively, to request a brief adjournment of that evidentiary hearing on defendant Hai Jiao Dai's motion to suppress and that conference on defendant Xin Hui Zhou's motion to sever. The Government expects to call two witnesses at the evidentiary hearing, one of whom the Government has learned has a family commitment out of state next weekend that will result in him not returning until the end of the business day on Monday, March 2, 2020. Mr. Dalack and Mr. Schoenbach both consent to a brief adjournment, and although Mr. Dalack and his client are not available for the remainder of the week of Monday, March 2, 2020, the Government understands that all parties are available at any time from Tuesday, March 10, 2020 through Friday, March 13, 2020 should there be a date and time during that span that is convenient for the Court.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Andrew Dalack (Counsel to Defendant Hai Jiao Dai) (by ECF)
Lawrence Schoenbach (Counsel to Defendant Xin Hui Zhou) (by ECF)

*The hearing and argument are adjourned to March 10 at 9:30 a.m.*

SO ORDERED 3/2/2020

*[signature]*
SIDNEY H. STEIN
U.S.D.J.