USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-710 (SHS) |
| -v- | : | |
| HAI JIAO DAI, | : | ORDER |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A suppression hearing having been held today on defendant's motion to suppress post arrest statements, with counsel for all parties and defendant present,

IT IS HEREBY ORDERED that:

1. The government's supplemental brief is due on or before March 20, 2020;

2. The defendant's response is due on or before March 27, 2020; and

3. The parties shall contact the Court on or before April 10, 2020, to schedule a conference for a decision on the motion.

Dated: New York, New York
March 10, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.