

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2020

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

**MEMO ENDORSED**

**Re:** *United States v. Hai Jiao Dai*, **19 CR 710 (SHS)**

Dear Judge Stein,

The Government writes on behalf of the parties to request respectfully a two-week extension of the current post-hearing briefing schedule. In particular, the parties respectfully request an extension for the Government from March 20, 2020 to April 3, 2020 and for the defendant from March 27, 2020 to April 10, 2020. This request for an extension is the first such request from either of the parties who submit this request on a joint basis. At the time that the parties requested the current schedule from the Court on March 10, 2020, the parties did not anticipate the myriad complications arising from the prevailing public-health conditions and the declaration of a national emergency and seek the extension in light of these circumstances.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Andrew Dalack (Counsel to Defendant Hai Jiao Dai) (by ECF)

SO ORDERED 3/20/2020

SIDNEY H. STEIN
U.S.D.J.