UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-Cr-710 (SHS) |
| -v- | ORDER |
| HAI JIAO DAI, | |
| Defendant(s). | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant having moved on January 21, 2020 [Doc. No. 20], for an order suppressing his statements to the Federal Bureau of Investigation, and a fact hearing having been held on March 10, 2020, and the government having responded that it does not intend to use those statements in its case in chief [Doc. No. 37],

IT IS HEREBY ORDERED that:

1. Defendant's motion to suppress [Doc. No. 20] is dismissed as moot;

2. On or before April 16, 2020, the parties shall notify the Court, in writing, as to an agreed upon trial date in May, June, or July, and an agreed upon schedule for submission of 3500 material, motions *in limine*, responses to any motions *in limine*, submission of proposed jury instructions, and *voir dire*; and

3. The government shall notify the Court as to whether it is seeking an exclusion of time. The notification shall also include the reason for the exclusion, and the position of the defendant.

Dated: New York, New York
April 6, 2020