UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                           19-Cr-710 (SHS)

     -v-                                            ORDER

HAI JIAO DAI and XIN HUI ZHOU,

                    Defendant(s).
-----------------------------------------------------------x
SIDNEY H. STEIN, U.S.D.J.

     The government having filed a letter on behalf of all parties [Doc. No. 40], requesting a trial date and a schedule for pretrial submissions,

     IT IS HEREBY ORDERED that:

     1.  The trial of this matter is scheduled for July 20, 2020, at 9:30 p.m.;

     2.  The dates for pretrial submissions and disclosures as set forth in the government's letter are granted;

     3.  At the request of all parties, the Court excludes the time between today and July 20, 2020, under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the defendant and the public in a speedy trial are outweighed here by the ends of justice served by allowing the defendants and the Government to prepare for trial amidst the circumstances of the ongoing coronavirus pandemic and its unprecedented disruption of society and the criminal justice system in the City of New York as well as to continue discussions regarding a possible pre-trial disposition.

Dated: New York, New York
       April 15, 2020

                                             SO ORDERED

                                             SIDNEY H. STEIN
                                             U.S.D.J.