**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 29, 2020

**BY EMAIL & ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   **United States v. Hai Jiao Dai,**
            **19 Cr. 710 (SHS)**

Dear Judge Stein:

    I write to respectfully request a 45-day adjournment of Hai Jiao Dai's sentencing proceeding, currently scheduled for January 14, 2021, without objection from the government. An adjournment is appropriate in light of Chief Judge Colleen McMahon's Standing Order suspending all in-person proceedings in the Southern District of New York through (at least) January 15, 2021 (see In re Coronavirus/COVID 19 Pandemic, 20-mc-00622-CM (S.D.N.Y. Nov. 30, 2020)), and the defense's need for additional time to prepare for sentencing. This includes the additional time necessary for the defense to have the final Pre-Sentence Report, which was issued today, translated into Mandarin.

Respectfully Submitted,

/s/ Andrew J. Dalack

Andrew J. Dalack
Assistant Federal Defender
(212) 417-8768

Counsel for Hai Jiao Dai

**The sentencing is adjourned to March 8, 2021, at 10:00 a.m. Defense submissions are due by February 8, 2021, the government submissions are due by February 22, 2021**

**Dated:  New York, New York
           December 30, 2020**

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.