# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 2, 2021

**BY EMAIL & ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Hai Jiao Dai,
19 Cr. 710 (SHS)

Dear Judge Stein:

I write to respectfully request that the Court authorize Hai Jiao Dai to travel to China between December 15, 2021 and January 31, 2022. I have conferred with Mr. Dai's assigned United States Probation Officer, who does not object to this request. The Government, by AUSA Thomas John Wright, takes no position on this application.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Counsel for Hai Jiao Dai

Cc: AUSA Thomas John Wright
United States Probation Officer Joseph Barlow

Defendant's request to travel to China between December 15, 2021, and January 31, 2022, is granted. The defendant shall provide the details of his trip to his probation officer.

Dated: New York, New York
December 2, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.