# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 12, 2022

**BY EMAIL & ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Hai Jiao Dai,
19 Cr. 710 (SHS)

Dear Judge Stein:

I write to respectfully request that the Court authorize Hai Jiao Dai to travel to China from September 15 through October 30, 2022. Mr. Dai has been compliant with the terms of his supervised release, so much so that his supervision has been transferred to U.S. Probation's "Low Intensity Unit." I have conferred with Mr. Dai's U.S. Probation Officer, Vincent Danielo, who does not object to this application.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Counsel for Hai Jiao Dai

Cc: AUSA Thomas John Wright
United States Probation Officer Vincent Danielo

Defendant's request to travel as set forth above is granted. The defendant shall provide the details of his trip to his probation officer.

Dated: New York, New York
September 12, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.