# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 17, 2022

**BY EMAIL & ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Hai Jiao Dai,
       19 Cr. 710 (SHS)**

Dear Judge Stein:

I write to respectfully request that the Court modify its authorization for Hai Jiao Dai to travel to China from September 15 through October 30, 2022 (dkt. no. 77), and permit him to travel from November 26 through December 30, 2022. Mr. Dai was forced to postpone his previous plans to travel to the city of Shenzhen due to governmental COVID-19 restrictions on the area, which have since been eased.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Cc:   AUSA Thomas John Wright
      United States Probation Officer Vincent Danielo

Counsel for Hai Jiao Dai

Request to travel from November 26 through December 20, 2022, is granted.

Dated: New York, New York
       November 17, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.