# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 29, 2022

**BY EMAIL & ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Hai Jiao Dai,**
              **19 Cr. 710 (SHS)**

Dear Judge Stein:

      I write to respectfully request that the Court extend its authorization for Hai Jiao Dai to travel to China between November 26 and December 30, 2022, and allow him to return to the United States on or before January 12, 2023.

      Mr. Dai's supervised release is scheduled to expire on March 7, 2023 (dkt. no. 82). On November 23, 2022, the Court authorized Mr. Dai to travel to China between November 26 and December 30, 2022 (dkt. no. 80). Mr. Dai traveled to China on December 23, 2022, expecting to return on December 30, 2022. Unfortunately, Mr. Dai was forced to spend the first several days of his trip in quarantine and respectfully requests an extension to January 12, 2023, for his return to the United States. The defense submits that the extension is appropriate in light of Mr. Dai's forced quarantine upon his arrival to China, and to also afford Mr. Dai enough flexibility to book a return flight that adequately accounts for fluctuating changes in U.S. covid-related policy regarding incoming flights from China.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Counsel for Hai Jiao Dai

12/29/22
So ordered.
/s/ Sidney H. Stein
SHS
1/3/23

Cc:   AUSA Thomas John Wright
        United States Probation Officer Lisant Famularo